**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**BOBBY R. CROOM**                                                                       **PLAINTIFF**

**v.**                                          **No. 2:07CV199-P-A**

**COAHOMA COUNTY**
**SHERIFF'S DEPARTMENT, ET AL.**                              **DEFENDANTS**

## JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the plaintiff's claims regarding use and reuse of disposable spoons, forks, and cups, denial of medical care, smelly laundry, covering of cell windows with sheet metal, use of a female guard to deliver medications, and lack of a formal written disciplinary system are hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted.

**SO ORDERED,** this the 12th day of December, 2007.

                                                                    /s/ W. Allen Pepper, Jr.
                                                                    W. ALLEN PEPPER, JR.
                                                                    UNITED STATES DISTRICT JUDGE