**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**BOBBY R. CROOM,**                                                                              **PLAINTIFF**

**V.**                                                                           **NO. 2:07CV199-P-A**

**COAHOMA COUNTY SHERIFF DEPT., et al.,**                      **DEFENDANTS**

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated February 8, 2008, was on that date duly served by mail upon Plaintiff at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court.

THEREFORE, it is hereby ORDERED that

1) the Report and Recommendation is APPROVED and ADOPTED as the opinion of this court;

2) Defendants Sheriff Thompson and the Coahoma County Sheriff's Department are DISMISSED with prejudice;

3) Plaintiff's claims regarding lack of exercise, the missing sewer cap, clogged ventilation system, roaches, dirty food tray slots, failure to test for communicable diseases, and mail tampering are DISMISSED with prejudice; and

4) Plaintiff's claim regarding the denial of all reading material shall proceed.

SO ORDERED, this the 24th day of March, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE